UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KAREN S. MCINNIS** | * | CIVIL ACTION NO.:  2:20-CV-02244 |
| | * | |
| | * | |
| **versus** | * | SECTION:  R |
| | * | JUDGE SARAH S. VANCE |
| **STATE FARM MUTUAL** | * | MAGISTRATE JUDGE DIV. 5 |
| **AUTOMOBILE INSURANCE** | * | MAGISTRATE JUDGE MICHAEL NORTH |
| **COMPANY** | * | |
| | * | |
| * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * |

**VOLUNTARY LIMITED MOTION AND ORDER TO DISMISS WITH PREJUDICE**

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Karen S. McInnis, who respectfully avers that she desires to voluntarily dismiss all claims for lost wages and/or earning capacity relative to this matter, with prejudice, each party to bear their own costs, and with plaintiff reserving all rights to proceed with all other claims and causes of action as alleged in the Complaint.

        Respectfully Submitted,
        */s/ H.S. Bartlett III*
        Eberhard D. Garrison (#22058)
        H.S. Bartlett III (#26795)
        BARTLETT & GARRISON, L.L.C.
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 354-2104
        Facsimile: (844) 424-3864
        garrison@bartlettgarrison.com
        bartlett@bartlettgarrison.com
        *Counsel for Plaintiff*

Karen S. McInnis (#32199)<br>
MCINNIS LAW FIRM LLC<br>
2315 Florida St., Bldg. 200, Ste. 201<br>
Mandeville, Louisiana 70448<br>
Telephone: (985) 612-7217<br>
Facsimile: (985) 590-5008

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that I have served a copy of the above and foregoing pleading on all counsel of record by electronic filing, electronic means, hand delivery, or by mailing same by United States Mail, properly addressed and first-class postage prepaid, on May 7 2021.

/s/ H.S. Bartlett III
H.S. Bartlett III