UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KAREN S. MCINNIS** | * | CIVIL ACTION NO.:  2:20-CV-02244 |
| | * | |
| | * | |
| **versus** | * | SECTION:  R |
| | * | JUDGE SARAH S. VANCE |
| **STATE FARM MUTUAL** | * | MAGISTRATE JUDGE DIV. 5 |
| **AUTOMOBILE INSURANCE** | * | MAGISTRATE JUDGE MICHAEL NORTH |
| **COMPANY** | * | |
| | * | |
| * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * |

**ORDER**

CONSIDERING THE FOREGOING:

**IT IS ORDERED,** that all claims of Plaintiff for lost wages and/or earning capacity relative to this matter are hereby dismissed, with prejudice, each party to bear their own costs, and with Plaintiff reserving all rights to proceed with all other claims and causes of action as alleged in the Complaint.

New Orleans, Louisiana this 10th day of May, 2021.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**