UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KAREN S. MCINNIS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.: 20-2244** |
| | * | |
| **STATE FARM MUTUAL AUTOMOBILE** | * | **SECTION: SECTION: R** |
| | * | **(JUDGE SARAH S. VANCE)** |
| **INSURANCE COMPANY** | * | |
| | * | **MAG. 5** |
| | * | **(MAGISTRATE JUDGE** |
| | * | **MICHAEL NORTH)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes plaintiff, Karen S. McInnis, and upon suggesting to this Honorable Court that she desires to enroll

Andrew L. Kramer (La. Bar # 23817)
Andrew L. Kramer, LLC
201 St. Charles Avenue
Suite 2504
New Orleans, Louisiana 70170
Telephone: (504) 599-5623
Facsimile: (866) 667-3890
Email: akramer@kramerllc.com

as additional counsel of record and respectfully requests that he be allowed to enroll as additional counsel of record for Plaintiff in this matter.

Respectfully Submitted,

/s/ Eberhard D. Garrison
Eberhard D. Garrison (#22058)
BARTLETT & GARRISON, L.L.C.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 354-2104
Facsimile: (844) 424-3864
garrison@bartlettgarrison.com
*Counsel for Plaintiff*

1

        Karen S. McInnis (#32199)
        MCINNIS LAW FIRM LLC
        2315 Florida St., Bldg. 200, Ste. 201
        Mandeville, Louisiana 70448
        Telephone: (985) 612-7217
        Facsimile: (985) 590-5008
        Email: ksmcinnis@mcinnislawfirm.com
        *Counsel for Plaintiff*

        Andrew L. Kramer (La. Bar # 23817)
        Andrew L. Kramer, LLC
        201 St. Charles Avenue
        Suite 2504
        New Orleans, Louisiana 70170
        Telephone: (504) 599-5623
        Facsimile: (866) 667-3890
        Email: akramer@kramerllc.com
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 21, 2021, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for Defendant.

        */s/ Eberhard D. Garrison*
        Eberhard D. Garrison